The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRYSTA VAN WOERT,<br><br>            Plaintiffs,<br><br>   vs.<br><br>WASHINGTON SERVICE CORPS, a program of WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT, and UNITED WAY OF KING COUNTY,<br><br>            Defendants. | No. 2:20-cv-00239-RAJ-TLF<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL**<br><br>**[Clerk's Action Required]** |

COMES NOW the Plaintiff Krysta Van Woert, by and through her attorney of record, Conrad Reynoldson, Defendant Washington Services Corp, by and through its attorney of record, R. July Simpson, and Defendant United Way of King County, by and through its attorney of record, Aaron D. Bigby, and hereby stipulate that all claims against said Defendants are hereby dismissed with prejudice and without fees and/or costs to any party.

///

///

**STIPULATION FOR AND ORDER OF DISMISSAL - 1**
**[2:20-cv-00239-RAJ-TLF]**
w:\van woert\pld\stip and order of dismissal

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

DATED:  November 5, 2020        /s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
Washington Civil & Disability Advocate
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Telephone:  (206) 428-3172
Email: conrad@wacda.com
Attorney for Plaintiff

DATED:  November 5, 2020        /s/ R. July Simpson
R. July Simpson, WSBA #45869
Attorney General's Office
Complex Litigation Department
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
Telephone:  (360) 586-3151
Email: july.simpson@atg.wa.gov
Attorney for Def. Washington Service Corps

DATED:  November 5, 2020        /s/ Aaron D. Bigby
Aaron D. Bigby, WSBA #29271
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA  98101
Telephone:  (206) 623-0229
Facsimile:  (206) 623-0234
E-mail: aaron_bigby@northcraft.com
Attorney for Def. United Way of King County

## ORDER OF DISMISSAL

Based upon the foregoing stipulation of counsel, Defendants Washington Services Corp and United Way of King County are hereby dismissed with prejudice and without fees and/or costs to any party.

DATED this _____ day of _____, 2020.

_____
HONORABLE RICHARD A. JONES

STIPULATION FOR AND ORDER OF DISMISSAL - 2
[2:20-cv-00239-RAJ-TLF]
w:\van woert\pld\stip and order of dismissal

1  **AGREED AND APPROVED FOR ENTRY:**

2  WASHINGTON CIVIL & DISABILITY ADVOCATE

3

4  /s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
Attorney for Plaintiff

5

6  ATTORNEY GENERAL'S OFFICE

7

8  /s/ R. July Simpson
R. July Simpson, WSBA #45869
Attorney for Defendant Washington Service Corps

9

10  NORTHCRAFT BIGBY PC

11

12  /s/ Aaron D. Bigby
Aaron D. Bigby, WSBA #29271
Attorney for Defendant United Way of King County

13

**STIPULATION FOR AND ORDER OF DISMISSAL - 3**
**[2:20-cv-00239-RAJ-TLF]**
w:\van woert\pld\stip and order of dismissal

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234